UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SEM GONZALEZ,

               Plaintiff,

v.

JOHN DOE, et al.,

               Defendants.
-----------------------------------------------------------x

**ORDER**

25-CV-04691 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 4, 2025, plaintiff Sem Gonzalez commenced the instant action against defendants County of Rockland, County of Rockland Sheriff's Department, and several John and Jane Doe defendants (Doc. 1). Since then, there has been no subsequent, substantive action in this case. Indeed, plaintiff has not sought the issuance of summonses.

On September 3, 2025, the Court issued an Order warning plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before September 10, 2025, plaintiff filed proof of service indicating that defendants were served on or before September 2, 2025, or showed good cause in writing for his failure to comply with Rule 4(m). (Doc. 2).

To date, plaintiff has failed to respond to the September 3 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
       September 11, 2025

_____
Philip M. Halpern
United States District Judge